UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAULO BONILLA, ) | Civil No. 06cv571-BEN (NLS) |
| ) | |
| Plaintiff, ) | **ORDER RE PARTIES' REQUEST FOR** |
| v. ) | **CONTINUANCE OF CROSS-MOTIONS** |
| ) | **FOR SUMMARY JUDGMENT** |
| JO ANNE B. BARNHART, ) | **HEARING DATE** |
| ) | |
| Defendant. ) | |
| ) | |

On October 30, 2006, the parties in this case submitted a stipulation and request for a 30-day continuance of their cross-motions for summary judgment hearing date of December 1, 2006. The request was received in this chambers on November 2, 2006. For the foregoing reasons, the request for a continuance is **DENIED**.

The complaint in this case was filed in March 2006, the administrative record was filed in May 2006, and the original cross-motion summary judgment hearing date was October 3, 2006. (Doc. Nos. 1, 5, 7.)

On September 11, 2006 the parties submitted a stipulation requesting a 60-day extension of the summary judgment hearing date. The Court found good cause to grant a 45-day extension, continuing the hearing date to November 17, 2006. (Doc. No. 9.)

On October 4, 2006, Plaintiff's counsel contacted chambers requesting an extension of the date by which Plaintiff must file his motion for summary judgment; the Court found good cause to grant an extension based on the fact that the scheduling order dated September 14, 2006 was not filed by the

1  Clerk of the Court until September 28, 2006.  The motion hearing date was again continued, to
2  December 1, 2006.  (Doc. No. 10.)  On October 10, 2006, Plaintiff filed his motion for summary
3  judgment.  (Doc. No. 11.)
4      Based on the fact that the complaint was filed over seven months ago, and the administrative
5  record was filed over five months ago, ample time to prepare the parties' motions and responsive papers
6  has been allowed.  Further, the parties' current request for an additional 30-day continuance of the
7  hearing date does not contain any statement as to why the continuance is being sought.  Accordingly, the
8  Court does not find good cause to extend the dates.  The request is DENIED.
9      **IT IS SO ORDERED.**
10  DATED:  November 2, 2006

        _____
        Hon. Nita L. Stormes
        U.S. Magistrate Judge
        United States District Court