Received at: 4:30PM, 11/15/2006

NOV. 15. 2006  5:33PM                                                NO. 9465   P. 2

2006 NOV 17 PM 12: 43

20                    DEPUTY

1  CAROL C. LAM
   United States Attorney
2  THOMAS C. STAHL
   Assistant U.S. Attorney
3  Chief, Civil Division,
   California State Bar No. 78291
4  SARAH RYAN
   Special Assistant U.S. Attorney
5  Office of the U.S. Attorney
   Federal Office Building
6  880 Front Street, Room 6293
   San Diego, California 92101-8893
7  Telephone: (415) 977-8978

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10           SOUTHERN DISTRICT OF CALIFORNIA

11 SAULO BONILLA,                    )  Case No. 06cv0571 BEN (NLS)
                                     )
12              Plaintiff,           )
                                     )
13      v.                           )  PROPOSED ORDER TERMINATING CASE
                                     )
14 JO ANNE B. BARNHART,              )
   Commissioner of Social Security   )
15 Administration,                   )
                                     )
16              Defendant.           )
                                     )
17

18      Upon application by Defendant Commissioner of the Social Security Administration, and good

19 cause appearing,

20      IT IS HEREBY ORDERED that this action be remanded to the Commissioner of the Social

21 Security Administration under Sentence Four of 42 U.S.C. § 405(g).

22

23 DATED 11/15/06                    _____
                                     HONORABLE ROGER T. BENITEZ
24                                   Judge of the District Court

25

26

27

28