UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAULO BONILLA,<br><br>　　　　　Plaintiff,<br>v.<br><br>JO ANNE B. BARNHART,<br><br>　　　　　Defendant. | Civil No. 06cv571-BEN(NLS)<br><br>**ORDER REGARDING JOINT MOTION TO AWARD EAJA ATTORNEY FEES** |

Pursuant to the parties joint motion to award EAJA Attorney Fees, the Court orders that EAJA attorney fees payable to Mary Mitchell, in the amount of Four Thousand Dollars ($4,000.00) are approved.

**IT IS SO ORDERED.**

DATED: February 20, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge